[No. 71607-7-I. Division One. July 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALAN
HELMER, *Appellant*.

 by unpublished opinion per
Appelwick, J., concurred in by Becker and Dwyer, JJ.

[No. 71614-0-I. Division One. July 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL ASHTON
HOLLINGWORTH, *Appellant*.

 by unpublished opinion per
Leach, J., concurred in by Schindler and Trickey, JJ.

[No. 71622-1-I. Division One. July 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. AIGALELEI PUA,
*Appellant*.

 by unpublished opinion per
Appelwick, J., concurred in by Spearman, C.J., and Cox, J.

[Nos. 71634-4-I; 71635-2-I. Division One. July 27, 2015.]

US BANK NA, *Respondent*, v. MICHAEL E. HARKEY, *Appellant*.

 by unpublished opinion per Lau, J., concurred in
by Becker and Schindler, JJ.